UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MELISSA FLORES ZUNIGA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:15-CV-408 |
| § | |
| GREAT LAKES REINSURANCE (UK) § | |
| PLC, § | |
| § | |
| Defendant. § | |

# ORDER

Pending before the Court is "Defendant's Motion to Appear Telephonically,"[1] filed by Defendant on December 10, 2015. Because the motion is unopposed, the Court considers it as soon as practicable.[2] In his motion, Defendant's counsel Jack Kauffman requests leave to appear by phone for the initial pretrial conference, currently scheduled for December 15, 2015 at 9:00 a.m. As cause for the request, counsel explains that he is traveling for another matter which may "require his absence to extend into the week of December 14, 2015."[3] Furthermore, counsel states any "last minute" transportation arrangement undertaken to be present in court on December 15, 2015 would be "extremely expensive."[4]

The Court disfavors telephonic appearances without extenuating circumstances, finding that in-person attendance materially furthers case progress. Defendant's counsel has not shown extenuating circumstances and only offers that he is traveling. Additionally, the attorney-in-

---

[1] Dkt. No. 9.
[2] In the Certificate of Conference, Defendant's counsel states Plaintiff is unopposed. L.R. 7.2.
[3] *Id.*
[4] *Id.*

charge in this case is Les Pickett and Holly Sheffield[5] is also counsel of record. The conference was scheduled almost four months prior to the filing of the instant motion,[6] giving Defendant's counsel ample time to prepare to appear in this Court. Accordingly, the Court **DENIES** the motion.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 14th day of December, 2015.

                                          Micaela Alvarez
                                          United States District Judge

---

[5] Although Holly Sheffield has filed a motion to withdraw, the Court has not yet granted such motion. *See* Dkt. No. 6.

[6] *See* Dkt. No. 3 (scheduling order issued on September 28, 2015).