Case 7:15-cv-00408   Document 18   Filed in TXSD on 08/08/16   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 08, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MELISSA FLORES ZUNIGA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:15-CV-00408 |
| | § | |
| GREAT LAKES REINSURANCE (UK) PLC, | § § § | |
| | § | |
| Defendant. | § | |

## **ORDER**

The Court now considers the stipulation of dismissal,[1] filed by Melissa Flores Zuniga and Great Lakes Reinsurance (UK) PLC, announcing that they jointly agree to dismiss the case with prejudice, and that costs will be borne by the party incurring the same. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal without court order when all appearing parties have signed the stipulation. Here, all appearing parties have signed the stipulation. Thus, the case has been **DISMISSED with PREJUDICE** and no court order is necessary. The Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 8th day of August, 2016.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 17.